# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO MENDOZA,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | Case No: 08-CV-0933 W (JMA)<br><br>**ORDER (1) TERMINATING MOTION TO DISMISS [DOC. NO. 8], AND (2) GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 12]** |

On May 27, 2008, Plaintiff Faustino Mendoza filed this action for relief under the Administrative Procedures Act, 5 U.S.C. § 702. On July 28, 2008, Defendants responded to the complaint by filing a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. No. 8.) On August 1, 2008, Plaintiff filed a first amended complaint.

Based on the foregoing, on September 8, 2008, the parties filed a joint motion for an extension of time to respond to the complaint. Defendants also withdrew their motion to dismiss. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the joint motion to continue Defendants' deadline for filing a responsive

pleading (Doc. No. 12).  Defendants' responsive pleading is due on or before **September 12, 2008**.  Additionally, Defendants' motion to dismiss (Doc. No. 8) is **ORDERED** terminated as moot.

**IT IS SO ORDERED.**

DATED:  September 9, 2008

_____
Hon. Thomas J. Whelan
United States District Judge